IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARCIA RICHARDSON; and )
JAMES RICHARDSON )
) No. 3-12-1278
v. )
)
CONTEMPORARY SERVICES )
CORPORATION )

O R D E R

Counsel for the parties called the Court on May 1, 2013, at which time the following matters were addressed:

1. Plaintiffs' counsel explained that Ms. Richardson has been at the Mayo Clinic with major health issues. Specifically, she is scheduled to have her second heart valve transplant on May 6, 2013, after insertion of a stent the previous week did not resolve her heart issues. As a result, plaintiffs' counsel requested a further extension of another month to respond to the defendant's outstanding written discovery, which was served on February 11, 2013. Defendant's counsel expressed some frustration because the 22 interrogatories at issue were not particularly complicated and he had previously agreed to two extensions of time.

2. Based on counsel's representations of the severity of Ms. Richardson's health problems, the Court granted the plaintiffs' oral request for an extension of time to June 3, 2013, for the plaintiffs to respond to the outstanding written discovery.

3. The deadline for completion of all fact discovery is also extended from July 1, 2013, to August 1, 2013.

4. Plaintiffs' counsel agreed to provide medical verification of Ms. Richardson's inability to participate in responding to the defendant's interrogatories in the event that the plaintiffs seek any further extension of time because of her health.

5.  If Ms. Richardson's health has not improved to the extent that she can participate in responding to the defendant's interrogatories, counsel for the parties shall schedule a telephone conference call with the Court prior to June 3, 2013.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge