IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARCIA RICHARDSON; and )
JAMES RICHARDSON )
) No. 3-12-1278
v. )
)
CONTEMPORARY SERVICES )
CORPORATION )

O R D E R

Counsel for the parties shall convene a telephone conference call with the Court on **Tuesday, May 13, 2014, at 10:00 a.m.,** to be initiated by plaintiffs' counsel, to address the plaintiffs' motion for alternative dispute resolution (Docket Entry No. 23).

If the date and time for the conference call present scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge