IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARCIA RICHARDSON; and )
JAMES RICHARDSON )
) No. 3-12-1278
v. )
)
CONTEMPORARY SERVICES )
CORPORATION )

O R D E R

By order entered May 6, 2014 (Docket Entry No. 24), a telephone conference call was scheduled with counsel for the parties and the Court on May 13, 2014, at 10:00 a.m. However, counsel did not call the Court at that time. Nor did they call the office of the Magistrate Judge to reschedule the conference call.

Therefore, the telephone conference call is RESCHEDULED to **Monday, May 19, 2014, at 12:00 noon,** to address the plaintiffs' motion for alternative dispute resolution (Docket Entry No. 23), and the defendant's motion to amend scheduling order to permit filing of dispositive motion (Docket Entry No. 25).

If this rescheduled date and time presents scheduling conflicts for counsel, they shall call Ms. Jeanne Cox, Courtroom Deputy, at 736-5164, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge