UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

MARCIA RICHARDSON and          )
JAMES RICHARDSON,              )
                               )
        Plaintiffs             )
                               )   No. 3:12-1278
v.                             )   Judge Nixon/Griffin/Bryant
                               )   Jury Demand
CONTEMPORARY SERVICES          )
CORPORATION,                   )
                               )
        Defendant              )

### ORDER TO RESCHEDULE SETTLEMENT CONFERENCE

Counsel in this matter have requested that the date for the settlement conference be reset from July 10, 2014.

The settlement conference in this case is hereby rescheduled to **Tuesday, July 22, 2014, at 10:00 a.m. in Courtroom 776, United States Courthouse, 801 Broadway, Nashville, Tennessee**. The parties shall file their settlement conference statements at least **three days** before the scheduled settlement conference.

It is so **ORDERED**.

                              /s/ John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge