MARCIA RICHARDSON and        )
JAMES RICHARDSON,            )
                            )
        Plaintiffs        )
                            )   No. 3:12-1278
v.                         )   Judge Nixon/Griffin/Bryant
                            )   Jury Demand
CONTEMPORARY SERVICES     )
CORPORATION,             )
                            )
        Defendant       )

## O R D E R

The undersigned Magistrate Judge conducted a settlement conference in this case on July 22, 2014. The parties and their respective representatives met, negotiated in good faith, but did not agree to a settlement of this case.

The **Clerk** is directed to return this file to the Senior District Judge.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge