IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARCIA RICHARDSON; and <br> JAMES RICHARDSON <br> <br> v. <br> <br> CONTEMPORARY SERVICES <br> CORPORATION | ) <br> ) <br> )   No. 3-12-1278 <br> ) <br> ) <br> ) <br> ) |

O R D E R

Counsel for the parties shall convene a telephone conference call with the undersigned on **Thursday, August 21, 2014, at 11:00 a.m.,** to be initiated by plaintiffs' counsel, to address whether any potential for settlement remains and whether there are any matters to be addressed by the Magistrate Judge prior to the October 31, 2014, pretrial conference and November 12, 2014, trial.

If the scheduled date for the pretrial conference presents scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge