IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARCIA RICHARDSON; and )
JAMES RICHARDSON )
) No. 3-12-1278
v. )
)
CONTEMPORARY SERVICES )
CORPORATION )

O R D E R

Pursuant to the order entered August 4, 2014 (Docket Entry No. 40), counsel for the parties called the Court on August 21, 2014, at which time they advised that they had had no further settlement discussions after the conclusion of the unsuccessful settlement conference with Magistrate Judge Bryant on July 22, 2014, but that the defendant intends to made a further proposal. If that proposal does not result in a resolution of this case, counsel agreed that it was unlikely that they would have any productive settlement discussions until perhaps after the pending motion for summary judgment (Docket Entry No. 29) is resolved.

The Clerk is directed to STRIKE from the docket the entirety of the defendant's settlement conference statement filed under seal (Docket Entry No. 37). The settlement conference statement should not have been filed at all.

After the resolution of the defendant's pending motion for summary judgment (Docket Entry No. 29), a further conference call will be scheduled, as appropriate, to address any remaining potential for settlement.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge